UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. FOGARTY, <br><br>　　　　　Petitioner, <br><br>　　　v. <br><br>JOHN MARSHALL (Warden), <br><br>　　　　　Respondent. | No. SACV 08-193-JFW(CW) <br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.[1]

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with

---

[1] Along with Petitioner's objections (docket no. 24, filed May 2, 2011), the court has also reviewed Petitioner's request to amend petition (docket no. 25, filed May 2, 2011), with attached proposed amended petition and supporting memorandum.

1

prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: May 10, 2011

                                                  JOHN F. WALTER
                                            United States District Judge