JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PATRICK J. FOGARTY,       )   No. SACV 08-193-JFW(CW)
                            )
          Petitioner,   )   JUDGMENT
                            )
       v.              )
                            )
JOHN MARSHALL (Warden),    )
                            )
          Respondent.   )
_____)

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is
denied and the action dismissed with prejudice.


DATED: <u>May 10, 2011</u>



                          _____
                          JOHN F. WALTER
                          United States District Judge

1